Opinion issued October 11, 2012



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-11-00529-CV

————————————

**SARAH WALKER, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a Fannie Mae, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 984429**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal because the claims between the parties have been settled. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.